**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 01-cr-00179-WYD-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

STEPHEN H. PAVEY,

        Defendant.

---

ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO ORIGINAL EXPIRATION DATE

---

        On May 25, 2006, the probation officer submitted a report requesting early termination of supervised release in this case. On May 31, 2006, the court concurred with the proposed action. Assistant U.S. Attorney Patricia W. Davies does not object to the proposed relief. Accordingly, it is

        ORDERED that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

        DATED at Denver, Colorado, this 15th day of August, 2006.

        BY THE COURT:


        s/ Wiley Y. Daniel
        WILEY Y. DANIEL
        United States District Judge